**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.S., an individual; and A.S., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COOPER COMPANIES, INC., COOPERSURGICAL, INC., and DOES 1-50,<br><br>Defendants. | Case No.: 3:24-CV-1353-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

The Court, having considered Plaintiffs' Motion for Leave for Plaintiffs to Proceed under Pseudonyms, any opposition, and any reply, hereby GRANTS the Motion.

IT IS SO ORDERED.

DATED: April 26, 2024

_____
Hon. Jon S. Tigar
United States District Judge