Joseph M. Lyon (CAL BAR # 351117)
Clint Watson (admitted *pro hac*)
THE LYON FIRM
9210 Irvine Center Drive
Suite 200
Irvine, CA 92618
Telephone: (513) 381-2333
Facsimile: (513) 766-9011
jlyon@thelyonfirm.com
cwatson@thelyonfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S., an individual; and A.S., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COOPER COMPANIES, INC., COOPERSURGICAL, INC., and DOES 1-50,<br><br>Defendants. | Case No.: 4:24-CV-1353-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Jon S. Tigar |

Plaintiffs J.S. and A.S. hereby give notice of the voluntary dismissal of their action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

DATED: January 14, 2025                           Respectfully submitted,

/s/ *Clint Watson*
Joseph M. Lyon (CAL BAR # 351117)
Clint Watson (admitted *pro hac*)
THE LYON FIRM
9210 Irvine Center Drive
Suite 200
Irvine, CA 92618

Telephone: (513) 381-2333
Facsimile: (513) 766-9011
jlyon@thelyonfirm.com
cwatson@thelyonfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                          /s/ *Clint Watson* _____

                                          Clint Watson